### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DON MURRELL** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No.:   15-01045-JTM-GLR** |
| | ) |
| **HEATING PLUMBING ENGINEERS,** | ) |
| Inc., | ) |
| | ) |
|       **Defendant.** | ) |

### ORDER CONTINUING SCHEDULING CONFERENCE

On March 16, 2015, this Court set the scheduling conference in the instant matter for June 25, 2015 at 2:15 p.m. (ECF 11). One week prior to the scheduled date of the above referenced conference, Plaintiff filed an unopposed motion to extend the deadline to file a pre-trial order due to new developments in the case (ECF 17). On June 22, 2015, this Court granted in part and denied in part this motion on the grounds that a deadline to submit a pre-trial order had not been established yet. In the alternative to extending the deadline to submit a pre-trial order, the Court extended the deadline for the parties and counsel to submit the report of their planning conference to July 7, 2015. This report was originally was ordered to be submitted no later than June 11, 2015 (ECF 11).

Since the report of the planning conference between the parties pursuant to Fed. R. Civ. P. 26(f) is significant in facilitating the objectives of the scheduling conference, moving forward as scheduled on June 25, 2015 with the conference would not facilitate progress towards a resolution of this case. Accordingly, the Court *sua sponte* continues the scheduling conference until **July 21, 2015 at 11:15 a.m. CDT.** This conference will be by telephone before the

undersigned.  [The court will initiate the conference call, and the attorneys who have entered an appearance must be available for the conference call at the telephone numbers listed in the pleadings.]

Moreover, the court reminds the parties that pursuant to standing orders, by **July 7, 2015**, plaintiff(s) must submit the completed report of the parties' planning conference to the chambers of the undersigned magistrate judge, along with copies of the parties' Rule 26(a) initial disclosures. The report must follow the prescribed form and must be submitted electronically in .pdf format as an attachment to an e-mail sent to *ksd_rushfelt_chambers@ksd.uscourts.gov*. It must not be filed with the Clerk's Office. If you have questions concerning the requirements of this order, please contact the undersigned judge's courtroom deputy, **Yolanda Holman, at 913-735-2270**, or by e-mail at *ksd_rushfelt_chambers@ksd.uscourts.gov*.

IT IS SO ORDERED this 24th day of June, 2015.

/s Gerald L. Rushfelt
GERALD RUSHFELT
UNITED STATES MAGISTRATE JUDGE
United States District Court for the District of Kansas